## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                              Chapter 13

                              Bankruptcy No. 17-15039-MDC

ANTHONY  HERNANDEZ
JOY  HERNANDEZ
17 WEST FARNUM

LANCASTER, PA 17603

        Debtor

### CERTIFICATE OF SERVICE

      **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

ANTHONY  HERNANDEZ
JOY  HERNANDEZ
17 WEST FARNUM

LANCASTER, PA 17603

Counsel for debtor(s), by electronic notice only.

ALAINE GRBACH
675 ESTELLE DR

LANCASTER, PA 17601-

                                    /S/ William C. Miller

Date: 9/11/2017                        _____

                                    William C. Miller, Esquire
                                    Chapter 13 Standing Trustee