Christopher M. McMonagle, Esq.
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
Telephone: (215) 572-8111
Facsimile: (215) 572-5025

## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE EASTERN DISTRICT OF PENNSYLVANIA
## (PHILADELPHIA)

| | |
|---|---|
| IN RE:<br>    ANTHONY HERNANDEZ<br>    JOY HERNANDEZ<br>    DEBTORS | CHAPTER 13<br><br>CASE NUMBER: 17-15039-MDC |

## ORDER

AND NOW, this _2nd_ day of _January_, ~~2017~~ 2018, upon the motion of M&T Bank (hereafter "Movant"), and upon the failure of Debtor to file an Answer or otherwise plead as directed by the Court (and/or after hearing held and consideration of all evidence, arguments and briefs of Counsel), it is ORDERED AND DECREED that Movant (and any assignee/successor-in-interest) is granted relief from the stay of 11 U.S.C. §362 to proceed with enforcement of all rights Movant has under ~~state and federal law~~ _the loan documents_ concerning the Property (the "Property"):  17 WEST FARNUM STREET, LANCASTER, PA 17603.

It is further ORDERED and DECREED that the 14-day stay pursuant to BKRP 4001(a)(3) is hereby waived.

BY THE COURT:

_Magdeline D. C_____

UNITED STATES BANKRUPTCY JUDGE