United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 17-15039-mdc
Anthony Hernandez                                                   Chapter 13
Joy Hernandez
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Christina            Page 1 of 1            Date Rcvd: Jan 04, 2018
                              Form ID: pdf900            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 06, 2018.
db             +Anthony Hernandez,    17 West Farnum,    Lancaster, PA 17603-5305

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 06, 2018                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 4, 2018 at the address(es) listed below:
              ALAINE V. GRBACH    on behalf of Debtor Anthony  Hernandez avgrbach@aol.com
              ALAINE V. GRBACH    on behalf of Joint Debtor Joy  Hernandez avgrbach@aol.com
              CHRISTOPHER M. MCMONAGLE    on behalf of Creditor    M&T BANK cmcmonagle@sterneisenberg.com,
               bkecf@sterneisenberg.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
              WILLIAM EDWARD MILLER    on behalf of Creditor    M&T BANK wmiller@sterneisenberg.com,
               bkecf@sterneisenberg.com
                                                                                             TOTAL: 8

Christopher M. McMonagle, Esq.
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
Telephone: (215) 572-8111
Facsimile: (215) 572-5025

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA
# (PHILADELPHIA)

| IN RE:<br>    ANTHONY HERNANDEZ<br>    JOY HERNANDEZ<br>          DEBTORS | CHAPTER 13<br><br>CASE NUMBER: 17-15039-MDC |
|---|---|

## ORDER

AND NOW, this __2nd__ day of __January__, ~~2017~~ 2018, upon the motion of M&T Bank (hereafter "Movant"), and upon the failure of Debtor to file an Answer or otherwise plead as directed by the Court (and/or after hearing held and consideration of all evidence, arguments and briefs of Counsel), it is ORDERED AND DECREED that Movant (and any assignee/successor-in-interest) is granted relief from the stay of 11 U.S.C. §362 to proceed with enforcement of all rights Movant has under _the loan documents_ ~~state and federal law~~ concerning the Property (the "Property"):  17 WEST FARNUM STREET, LANCASTER, PA 17603.

It is further ORDERED and DECREED that the 14-day stay pursuant to BKRP 4001(a)(3) is hereby waived.


BY THE COURT:


_Magdeline D. C_____

UNITED STATES BANKRUPTCY JUDGE