# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                Chapter 13

                Bankruptcy No. 17-15039-MDC

ANTHONY HERNANDEZ
JOY HERNANDEZ
17 WEST FARNUM

LANCASTER, PA 17603

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    ANTHONY HERNANDEZ
    JOY HERNANDEZ
    17 WEST FARNUM

    LANCASTER, PA 17603

Counsel for debtor(s), by electronic notice only.

    ALAINE GRBACH
    675 ESTELLE DR

    LANCASTER, PA 17601-

Date: 1/29/2018

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee