United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 17-15039-mdc
Anthony Hernandez                                                      Chapter 13
Joy Hernandez
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Stacey              Page 1 of 2              Date Rcvd: Mar 15, 2018
                              Form ID: pdf900           Total Noticed: 44

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 17, 2018.
```
db/jdb       +Anthony Hernandez,    Joy Hernandez,    17 West Farnum,    Lancaster, PA 17603-5305
13957330      APOTHAKER SCIAN P.C.,    DAVID J. APOTHAKER, ESQUIRE,    520 FELLOWSHIP ROAD C306,    PO BOX 5496,
               Mount Laurel, NJ 08054-5496
13957328     +Allfirst Bank,    7495 New Horizon W,    Frederick, MD 21703-8388
13957329     +Apex Asset,    1891 Santa Barbara,    Lancaster, PA 17601-4106
13957331    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court:   Capital 1 Bank,    Attn: C/O TSYS Debt Management,    Po Box 5155,
               Norcross, GA 30091)
13957332     +Capital 1 Bank,    Attn: General Correspondence,    Po Box 30285,
               Salt Lake City, UT 84130-0285
13957333     +Cbc/aes/keystone Best,    1200 N. 7th Street 4th Flooret,    Harrisburg, PA 17102-1419
13957335      DEPARTMENT L & I,    36 EAST GRANT STREET,    Lancaster, PA 17602-2831
13996718     +ECMC,   PO BOX 16408,    ST. PAUL, MN 55116-0408
13957336     +Equiant Financial Svcs,    4343 N Scottsdale Rd Ste,    Scottsdale, AZ 85251-3343
13957337     +Fia Csna,    Po Box 26012,    Nc4-105-02-77,    Greensboro, NC 27420-6012
13957339     +Financial Recoveries,    Po Box 1388,    Mount Laurel, NJ 08054-7388
13957338     +Financial Recoveries,    800 Kings Hwy N,    Cherry Hill, NJ 08034-1511
13957340     +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
13957341     +Holloway Credit Soluti,    Po Box 230609,    Montgomery, AL 36123-0609
13957342     +I C System Inc,    Po Box 64378,    Saint Paul, MN 55164-0378
13957343     +KML LAW GROUP, P.C.,    SUITE 5000 BNY MELLON INDEPENDENCE CENTE,    701 MARKET STREET,
               Philadelphia, PA 19106-1538
13978272     +LANCASTER HMA PHYSICIAN MANAGEMENT C/O PASI,    PO BOX 188,    BRENTWOOD, TN 37024-0188
13957350    ++MARLIN MEDCLR INOVISION,    507 PRUDENTIAL ROAD,    HORSHAM PA 19044-2308
             (address filed with court:   Nco Fin /99,    Pob 41466,    Philadelphia, PA 19101)
13957349     +Nationwide,    2015 Vaughn Rd,    Kennesaw, GA 30144-7802
13957352     +P H E A A/H C B,    1200 N. 7th Street 4th Floor,    Harrisburg, PA 17102-1419
13957353     +P H E A A/h C B,    Aes/Ddb,    Po Box 8183,    Harrisburg, PA 17105-8183
13957354     +P H E A A/h C B,    Po Box 61047,    Harrisburg, PA 17106-1047
14010903     +PPL Electric Utilities,    827 Hausman Road,    Allentown, PA 18104-9392
13957355     +Rjm Acq Llc,    575 Underhill Blvd Ste 2,    Syosset, NY 11791-3426
13957356      The Affiliated Group I,    316 1st Ave Sw,    Rochester, MN 55902
13957357     +The Honorable John C. Winters,    641 Union Street,    Lancaster, PA 17603-5508
13962914      Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer S,    PO Box 19657,    Irvine, CA 92623-9657
13957358     +Wfs Financial/Wachovia Dealer Srvs,    Po Box 3569,    Rancho Cucamonga, CA 91729-3569
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: bankruptcy@phila.gov Mar 16 2018 01:32:14     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 16 2018 01:32:00
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 16 2018 01:32:13     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14004552      E-mail/PDF: resurgentbknotifications@resurgent.com Mar 16 2018 01:36:28
               Ashley Funding Services, LLC its successors and,    assigns as assignee of Reimbursement,
               Technologies, Inc.,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14004204     +E-mail/Text: bankruptcy@cavps.com Mar 16 2018 01:32:12     Cavalry SPV I, LLC,
               500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
13957334     +E-mail/Text: bkrnotice@prgmail.com Mar 16 2018 01:32:08     Dba Paragon Revenue Gr,
               Po Box 126,   Concord, NC 28026-0126
14004551      E-mail/PDF: resurgentbknotifications@resurgent.com Mar 16 2018 01:29:05
               LVNV Funding, LLC its successors and assigns as,    assignee of FFPM Carmel Holdings I, LLC,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14004648      E-mail/PDF: resurgentbknotifications@resurgent.com Mar 16 2018 01:28:27
               LVNV Funding, LLC its successors and assigns as,    assignee of Arrow Financial Services,,
               LLC,   Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13957344     +E-mail/Text: csd1clientservices@cboflanc.com Mar 16 2018 01:32:23     Lancaster Collections,
               218 W Orange St,    Lancaster, PA 17603-3746
13957345     +E-mail/Text: csd1clientservices@cboflanc.com Mar 16 2018 01:32:23     Lancaster Collections,
               Credit Bureau of Lancaster County,    Po Box 1271,    Lancaster, PA 17608-1271
13957346      E-mail/Text: camanagement@mtb.com Mar 16 2018 01:31:59     M & T Bank,    Attn: Bankruptcy,
               1100 Wehrle Dr  2nd Floor,    Williamsville, NY 14221
13972985      E-mail/Text: camanagement@mtb.com Mar 16 2018 01:31:59     M&T Bank,    P.O. Box 1288,
               Buffalo, NY 14240-1288
13957347     +E-mail/Text: bankruptcydpt@mcmcg.com Mar 16 2018 01:32:08     Midland Funding,
               8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
13957351     +E-mail/Text: egssupportservices@alorica.com Mar 16 2018 01:32:11     NCO Financial Systems,
               507 Prudential Rd,    Horsham, PA 19044-2308
13957348     +E-mail/Text: Bankruptcies@nragroup.com Mar 16 2018 01:32:29     National Recovery Agen,
               2491 Paxton St,    Harrisburg, PA 17111-1036
                                                                                              TOTAL: 15
```

```
District/off: 0313-2          User: Stacey              Page 2 of 2                   Date Rcvd: Mar 15, 2018
                              Form ID: pdf900           Total Noticed: 44
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 17, 2018                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 15, 2018 at the address(es) listed below:
              ALAINE V. GRBACH    on behalf of Debtor Anthony  Hernandez avgrbach@aol.com
              ALAINE V. GRBACH    on behalf of Joint Debtor Joy  Hernandez avgrbach@aol.com
              CHRISTOPHER M. MCMONAGLE    on behalf of Creditor    M&T BANK cmcmonagle@sterneisenberg.com,
               bkecf@sterneisenberg.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
              WILLIAM EDWARD MILLER    on behalf of Creditor    M&T BANK wmiller@sterneisenberg.com,
               bkecf@sterneisenberg.com
                                                                                                 TOTAL: 8
```

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANTHONY HERNANDEZ            Chapter 13
JOY HERNANDEZ

          Debtor            Bankruptcy No. 17-15039-MDC

## Order Dismissing Chapter 13 Case and
## Directing Counsel to File Master Mailing List

**AND NOW**, this __15th__ day of __March__, 201_8_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Magdeline D. Coleman
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
ALAINE GRBACH
675 ESTELLE DR

LANCASTER, PA 17601-

Debtor:
ANTHONY HERNANDEZ
JOY HERNANDEZ
17 WEST FARNUM

LANCASTER, PA 17603